**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

IN THE MATTER OF:

Deborah Goderre,  File No.:15-00837
 Chapter 13
 Hon. Scott W. Dales
 Filed: February 19, 2015

                  Debtor(s).
_____//

## DEBTOR'S FIRST AMENDED PLAN- PRECONFIRMATION

Debtor amends her Chapter 13 Plan as follows:

**c. Secured Claims Subject to 11 U.S.C. Section 506:** [1] claims in this class shall be paid as follows plus an additional pro-rata amount that may be available from funds on hand at an interest rate specified below or the contract rate whichever is lower.

| Creditor, Address & Account # | Collateral | FMV | Interest Rate | Pre-Conf APP | Equal Monthly Payment |
|---|---|---|---|---|---|
| First Merit Bank<br>328 South Saginaw<br>Mail Code #002064<br>Flint, MI  48502<br>Acct. #720300729400001 | 1994 Ultrasport Motorhome | $5,000.00 | 5.25 | $104.00 | $83.33 |
|  |  |  |  |  |  |

If the creditor files a claim with a balance owing which is different than the amount listed above, the claim shall control as to the amount of the debt, unless a party in interest objects to the claim.

All other provisions of the plan remain unchanged as proposed.

Date:   June 23, 2015                              /s/ _____

                                         Deborah K. Goderre, Debtor

Date:   June 23, 2015                              /s/ _____

---

1 Same as footnote viii.

John M. Van Elk, Counsel for the Debtor