**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

IN THE MATTER OF:

Deborah Goderre,                                File No.:15-00837
                                                Chapter 13
                                                Hon. Scott W. Dales
                                                Filed: February 19, 2015

            Debtor(s).
_____//

**DEBTOR'S SECOND AMENDED PLAN- PRECONFIRMATION**

Debtor amends her Chapter 13 Plan as follows:

I. **PLAN PARAMETERS**

   A. **APPLICABLE COMMITMENT PERIOD - 11 U.S.C. Sec. 1325(b)(4)**

   ( ) The applicable commitment period (ACP) is 60 months.

   (X) The applicable commitment period (ACP) is 36 months. However the duration of payments may be extended to complete the proposed plan.

   All other provisions of the plan remain unchanged as proposed.

Date:  August 19, 2015                          /s/ _____

                                                Deborah K. Goderre, Debtor

Date:  August 19, 2015                          /s/ _____

                                                John M. Van Elk, Counsel for the Debtor